1  Taylor M. Tieman (SBN: 305269)
   ttieman@consumerlawcenter.com
2  Krohn & Moss, Ltd.
   1112 Ocean Drive, Suite 301
3  Manhattan Beach, CA 90266
   Tel: (323) 988-2400
4  Fax: (866) 861-1390
   NORA REDFUD
5
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA REDFUD, | Case No.: 2:17-cv-00733 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | **(Unlawful Debt Collection Practices)** |
| CITIBANK, N.A., | |
| Defendant. | |

**TO THE COURT:**

    NOW COMES the Plaintiff, NORA REDFUD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                  Respectfully Submitted,

Dated: April 19, 2017       KROHN & MOSS LTD

                       By:    /s/Taylor M. Tieman
                               Taylor M. Tieman
                               Attorney for Plaintiff,
                               BRIAN LIVESAY

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 19, 2017 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Taylor M. Tiemam
Taylor M. Tieman