



JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA REDFUD, | Case No.: 2:17-cv-00733-PSG-JC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| CITIBANK, N.A., | |
| Defendant. | |

[PROPOSED] ORDER OF DISMISSAL

LA01\LEECA\730196.1

1   Based upon the Joint Stipulation of Dismissal by all appearing parties and
2   pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed
3   with prejudice. Each party to bear its own attorneys' fees and costs.

4

5   **IT IS SO ORDERED.**

6   Dated: 5/22/17

7   Hon. Philip S. Gutierrez